UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION



FILED
MAY 0 4 2010
CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR10-40004 |
| Plaintiff, | THIRD SUPERSEDING INDICTMENT |
| vs. | Conspiracy to Distribute a Controlled Substance |
| VIENGXAY CHANTHARATH, a/k/a "OG," VANG SOMSAWAT, JEFFREY ARTHUR KRIZ, MARIO MALDONADO, a/k/a "Marco," AURELIO ANGEL SOLORIO, a/k/a "Angel," PATRICIO GUZMAN-ORTIZ, JASON LEACH, a/k/a "JD," DANIEL NAVARRETTE, and KEVIN BOXDORFER, | 21 U.S.C. §§ 841(a)(1) and 846 |
| Defendants. | |

The Grand Jury charges:

From on or about the summer of 2008, and continuing through on or about April 22, 2010, in the District of South Dakota and elsewhere, Viengxay Chantharath, a/k/a "OG," Vang Somsawat, Jeffrey Arthur Kriz, Mario Maldonado, a/k/a "Marco," Aurelio Angel Solorio, a/k/a "Angel," Patricio Guzman-Ortiz, Jason Leach, a/k/a "JD," Daniel Navarrette, and Kevin Boxdorfer did knowingly and intentionally combine, conspire, confederate, and agree together, with others known and unknown to the Grand Jury, to knowingly and intentionally distribute

500 grams or more of a mixture and substance containing methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. §§ 841(a)(1) and 846.

A TRUE BILL:

_____
Foreperson

BRENDAN V. JOHNSON
UNITED STATES ATTORNEY

By: _____