UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

FILED
JUL 0 1 2010


| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JASON LEACH, a/k/a "JD,"<br><br>Defendant. | CR10-40004-07<br><br>FACTUAL BASIS STATEMENT |

The undersigned parties stipulate that the following facts are true and establish a factual basis for the plea in the action pursuant to Federal Rules of Criminal Procedure 11(b)(3):

Beginning in the summer of 2008, the Defendant, Jason Leach, a/k/a "JD," and several other individuals distributed methamphetamine in South Dakota and elsewhere under a cooperative agreement to do so. During his involvement, the Defendant distributed methamphetamine to others and allowed co-conspirators to distribute methamphetamine from his home. The Defendant was aware that while he was involved, members of the conspiracy distributed 500 grams or more of a mixture or substance containing methamphetamine in furtherance of the conspiracy, all in violation of 21 U.S.C. §§ 841(a)(1) and 846. The Defendant's involvement in the conspiracy was disrupted when law enforcement searched his home on April 22, 2010.

The Defendant understands that additional drug quantities may be attributable to him for sentencing purposes.

BRENDAN V. JOHNSON
United States Attorney

7-1-10
Date

JOHN E. HAAK
Assistant United States Attorney
P.O. Box 2638
Sioux Falls, SD 57101-2638
Telephone: (605)330-4400
Facsimile: (605)330-4410
E-Mail: john.haak@usdoj.gov

6-30-10
Date

Jason Leach
Defendant

6-30-10
Date

James A. Billion
Attorney for Defendant